# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159450(78)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

LAW OFFICES OF JEFFREY SHERBOW, PC,
      Plaintiff-Appellee,

v

SC: 159450
COA: 338997
Oakland CC:  2015-147488-CB

FIEGER & FIEGER, PC, d/b/a FIEGER, FIEGER,
KENNEY & HARRINGTON, PC,
      Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its brief on appeal is GRANTED.  The brief will be accepted as timely filed if submitted on or before April 29, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2020



Clerk